# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
12 OCT 11 PM 1:02

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SALVADOR GUTIERREZ-SALINAS,
AKA: SALVADO GUTIERREZ-SALINAS

    Defendant.

CASE NO. 12-cr-03748-1

BY: _____ DEPUTY

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

8:1326(a) and (b) - Removed Alien Found in the United States(1)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/10/12

Karen S. Crawford
U.S. Magistrate Judge